UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE FERRELL, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 3:CV-01-0924 |
| | : |
| JEFFREY BEARD, ET AL., | : (Judge Kosik) |
| | : |
| Defendants | : |

# O R D E R

      **NOW, THIS 15th DAY OF NOVEMBER, 2005,** upon consideration of Defendants' "Motion to Substitute the Correct Brief for the One Filed on November 7, 2005" (Doc. 129), **IT IS HEREBY ORDERED THAT** said motion is **granted**. The brief and supporting documents submitted on November 10, 2005 will be substituted as Defendants' documents in support of their summary judgment motion. The Clerk of Court is directed to delete the brief and documents in support of summary judgment mistakenly submitted by Defendants on November 7, 2005 (Doc. 128).

 

                                                s/Edwin M. Kosik
                                                United States District Judge